**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| YASMANI GUETE-HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | NO. CIV-26-2242-HE |
| | ) | |
| FRED FIGUEROA, Warden of Diamondback Correctional Facility, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Respondents are directed to respond to petitioner's motion to enforce [Doc. #13] **on or before November 30, 2026**. If respondents dispute petitioner's description of events at the hearing, they are directed to provide any available audio recording of it.

**IT IS SO ORDERED**.

Dated this 17th day of November, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE